UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

               Plaintiff,

-against-

Kayla Johnson,

               Defendant.

---

7:18-MJ-9743(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on April 25, 2019, accepted the defendant's plea of guilty to the charge of Driving While Ability Impaired, in violation of the provisions of New York Vehicle and Traffic Law § 1192.1, in full satisfaction of the Misdemeanor Complaint filed on November 16, 2018, and it is,

ORDERED, ADJUDGED AND DECREED that the Defendant Kayla Johnson is sentenced to:

(1) Ninety (90) days suspension of New York State driving privileges (with a twenty (20) day stay to May 17, 2019),

(2) Attend a session for Victim Impact Panel and Impaired Driving Program in Virginia.

(3) A fine in the amount of $350.00 with time to pay White Plains by May 16, 2019.

Dated: Sept 8, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge